UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAD AL-TEREK WALKER<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: False Statement on a Loan Application; Aiding and Abetting<br>(18 U.S.C. §§ 1014 and 2)<br><br>Count Two: Aggravated Identity Theft<br>(18 U.S.C. § 1028A)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(2)(A)) |

INDICTMENT

COUNT ONE
False Statement on a Loan Application; Aiding and Abetting
(18 U.S.C. §§ 1014 and 2)

The Grand Jury charges:

On November 26, 2019, in Worcester, in the District of Massachusetts, the defendant,

RASHAD AL-TEREK WALKER,

knowingly made a false statement for the purpose of influencing in any way the action of Digital Federal Credit Union, an institution the accounts of which are insured by the National Credit Union Administration Board, upon an application, advance, discount, purchase, purchase agreement, repurchase agreement, commitment, or loan.

All in violation of Title 18, United States Code, Sections 1014 and 2.

<u>COUNT TWO</u>
Aggravated Identity Theft
(18 U.S.C. § 1028A)

The Grand Jury further charges:

On or about November 26, 2019, in Worcester, in the District of Massachusetts, the defendant,

RASHAD AL-TEREK WALKER,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, making a false statement on a loan application, in violation of Title 18, United States Code, Section 1014, as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATION
### (18 U.S.C. § 982(a)(2)(A))

Upon conviction of the offense in violation of Title 18, United States Code, Section 1014, set forth in Count One of this Indictment, the defendant,

### RASHAD AL-TEREK WALKER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense.

If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2)(A), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL

_____
FOREPERSON


_____
JOHN T. MULCAHY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JUNE __25__, 2020
Returned into the District Court by the Grand Jurors and filed.

                                                 _Dawn M.King 1:54pm_
                                                 DEPUTY CLERK